# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 22-3636

———————————————

United States of America,

*Plaintiff - Appellee,*

v.

Thomas Hannibal Drumgold, II,

*Defendant - Appellant.*

————————

Appeal from United States District Court
for the District of North Dakota - Western

————————

Submitted: March 17, 2023
Filed: March 23, 2023
[Unpublished]

————————

Before COLLOTON, KELLY, and GRASZ, Circuit Judges.

————————

PER CURIAM.

Thomas Drumgold, II appeals after the district court[1] revoked his supervised release and sentenced him to a term of 12 months and 1 day in prison, followed by 24

---

[1]The Honorable Daniel L. Hovland, United States District Judge for the District of North Dakota.

months of supervised release. His counsel has moved to withdraw and filed a brief arguing that the sentence is substantively unreasonable.

Upon careful review, to conform to the statutory maximum punishment, we order the judgment amended as follows: Drumgold's revocation prison sentence remains 12 months and 1 day, but his term of supervised release will be 24 months minus 1 day. *See* 18 U.S.C. § 3583(h). We affirm the judgment in all other respects. Drumgold's sentence was not unreasonable, as there is no indication that the district court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing the relevant factors. *See United States v. Larison*, 432 F.3d 921, 922-23 (8th Cir. 2006); *see also United States v. Elodio-Benitez*, 672 F.3d 584, 586 (8th Cir. 2012). We also grant counsel's motion to withdraw.

_____